UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| GARY L. SWANSON, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | NO: 7:19-CV-241-FL |
| | ) | |
| HEDRICK, GARDNER, KINCHELOE & | ) | |
| GAROFALO, LLP, | ) | |
|     Defendant. | ) | |

-----------------------------------------------------

| | | |
|---|---|---|
| GARY L. SWANSON, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | NO: 7:19-CV-242-FL |
| | ) | |
| THE HARTFORD CARRIER INS. CO., | ) | |
|     Defendant. | ) | |

-----------------------------------------------------

| | | |
|---|---|---|
| GARY L. SWANSON, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | NO: 7:19-CV-243-FL |
| | ) | |
| LITTLER MENDELSON P.C., | ) | |
|     Defendant. | ) | |

-----------------------------------------------------

| | | |
|---|---|---|
| GARY L. SWANSON, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | NO: 7:19-CV-244-FL |
| | ) | |
| CAROLINA FRESH WATER, LLC; | ) | |
| SPEAK TELESERVICES LLC; and SID | ) | |
| SMITH, | ) | |
|     Defendants. | ) | |

-----------------------------------------------------

| | | |
|---|---|---|
| GARY L. SWANSON, | ) | |
|     Plaintiff, | ) | |
| v. | ) | NO: 7:19-CV-245-FL |
| | ) | |
| LITTLER MENDELSON P.C., | ) | |
|     Defendant. | ) | |

# **JUDGMENT**

**Decision by Court.**

These actions came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge, to which no objections were filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 14, 2020, and for the reasons set forth more specifically therein, that these matters are dismissed WITHOUT PREJUDICE.

**This Judgment Filed and Entered on February 14, 2020, and Copies To:**
Gary L. Swanson (via U.S. Mail) 915 Dock Street, Wilmington, NC 28401

February 14, 2020              PETER A. MOORE, JR., CLERK
                                /s/ Sandra K. Collins
                               (By) Sandra K. Collins, Deputy Clerk